**Motion Granted and Abatement Order filed March 2, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00593-CR

_____

**ALEX VILLALOBOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from County Criminal Court at Law No. 6
Harris County, Texas
Trial Court Cause No. 2018160**

## ABATEMENT ORDER

Appellant's brief was filed October 31, 2016. The brief raised issues concerning the voluntariness of his statement.

On November 3, 2016, we abated this appeal and directed the trial court to make written findings of fact and conclusions of law on the voluntariness of appellant's statement. *See* Tex. Code Crim. Proc. Ann. art. 38.22 § 6 (West 2005); *Urias v. State*, 155 S.W.3d 141, 142 (Tex. Crim. App. 2004). On January 13, 2017,

a supplemental clerk's record was filed that contains two sets of proposed findings and conclusions, one by appellant and the other by the State. However, the supplemental clerk's record does not contain findings of fact and conclusions of law signed by the trial court.

Accordingly, the trial court is directed to reduce to writing its findings of fact and conclusions of law on the voluntariness of appellant's statement and have a supplemental clerk's record containing those findings filed with the clerk of this court on or before **March 31, 2017**. If the trial court's findings were dictated into the record, the trial court is directed to include those findings in a supplemental clerk's record to be filed with the clerk of this court on or before **March 31, 2017**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party.

After the appeal is reinstated, appellant may file an amended brief to address the trial court's findings and conclusions. Any such brief is due **30 days** after the case is reinstated.

The State's motion for extension to file its brief, filed February 16, 2017, is **GRANTED**. The State's brief is due **60 days** after the case is reinstated or **30 days** after appellant's amended brief is filed, whichever is later.

PER CURIAM

2